# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3187
L.T. Case No. 2024-DR-000832- A

———————————————

LINDA M. MURPHY-STALICA,

Appellant,

v.

LAWRENCE C. STALICA,

Appellee.

———————————————

On appeal from the Circuit Court for Citrus County.
Kristie Marie Healis, Judge.

Linda Murphy-Stalica, Liverpool, NY, pro se.

No Appearance for Appellee.

January 15, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____